ALBANY,
Feb. 1829.

Bank of Or-
ange County
v.
Worden.

SMITH *vs.* BOWEN and others.

Over-reaching
and oppressive
practice dis-
couraged and
punished.

MOTION to set aside an inquest. On the *eighth* day of *September* last, the plaintiff served a notice of trial for the Livingston circuit, to be held on the *thirteenth* day of *October*. On the *fifteenth* day of September the defendants obtained an order from a commissioner to stay proceedings until the October term, to move to change the venue, and served the necessary notice. On the *thirteenth* day of *October* the plaintiff's attorney served the defendants' attorney at Rochester, a distance of thirty miles from the place of trial, with an order of the commissioner, bearing date *eighteenth* day of September, vacating the order to stay proceedings made on the fifteenth day of September, and *on the same day* took an inquest in the cause. The vacatur was granted without notice to the defendants.

*By the Court,* MARCY, J. The court approve of and will encourage vigilance, but feel it their duty to punish over-reaching and oppressive practice. The inquest is set aside with costs.

---

### WORDEN *vs.* BANK OF ORANGE COUNTY.

MOTION for a distringas. The plaintiffs shewed cause why a distringas should not issue against them for the costs awarded on setting aside for irregularity an execution issued in the above cause, by stating that they had assigned the judgment, and that the execution had been issued by the directions and procurement of the *assignee,* after the assignment; which,

The *assignor* of a judgment is liable for the costs awarded on setting a-side for irregularity an execution issued by the *assignee.*

*By the Court,* was held insufficient, and a distringas ordered.